FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2021 JUL 21  PM 3:44

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v.

MARC A. HAYES
a/k/a "Mecca"

CASE NO. 6:21-cr-105-ACC-DCI
18 U.S.C. § 922(o)
26 U.S.C. § 5861(d)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about January 12, 2021, in the Middle District of Florida, the defendant,

MARC A. HAYES
a/k/a "Mecca,"

did knowingly possess and transfer one machinegun, that is, one auto sear device, which is a part designed and intended for use in converting a weapon into a machinegun.

In violation of 18 U.S.C. §§ 922(o) and 924(a)(2).

### COUNT TWO

On or about January 13, 2021, in the Middle District of Florida, the defendant,

MARC A. HAYES
a/k/a "Mecca,"

did knowingly possess and transfer six machineguns, that is, six auto sear devices, which are parts designed and intended for use in converting a weapon into a machinegun.

In violation of 18 U.S.C. §§ 922(o) and 924(a)(2).

## COUNT THREE

On or about June 30, 2021, in the Middle District of Florida, the defendant,

MARC A. HAYES
a/k/a "Mecca,"

did knowingly possess two machineguns, that is, two auto sear devices, which are parts designed and intended for use in converting a weapon into a machinegun.

In violation of 18 U.S.C. §§ 922(o) and 924(a)(2).

## COUNT FOUR

On or about January 12, 2021, in the Middle District of Florida, the defendant,

MARC A. HAYES
a/k/a "Mecca,"

did knowingly possess one auto sear device, which is a machinegun not registered to him in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. §§ 5841, 5861(d), and 5871.

## COUNT FIVE

On or about January 13, 2021, in the Middle District of Florida, the defendant,

MARC A. HAYES
a/k/a "Mecca,"

did knowingly possess six auto sear devices, which are machineguns not registered to him in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. §§ 5841, 5861(d), and 5871.

## COUNT SIX

On or about June 30, 2021, in the Middle District of Florida, the defendant,

MARC A. HAYES
a/k/a "Mecca,"

did knowingly possess two machineguns (that is, two auto sear devices), a silencer, and an American Tactical Imports rifle having a barrel of less than 16 inches, which were not registered to him in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. §§ 5841, 5861(d), and 5871.

## FORFEITURE

1. The allegations contained in Counts One through Six are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d), 26 U.S.C. § 5872, 28 U.S.C. § 2461(c), and 49 U.S.C. § 80303.

2. Upon conviction of a violation of 18 U.S.C. § 922(o), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation. The property to be forfeited includes, but is not limited to, the following: a silencer, two auto sears, and an American Tactical Imports rifle having a barrel of less than 16 inches.

3. Upon conviction of a violation of 26 U.S.C. § 5861, the defendant shall forfeit to the United States, pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c), any firearms involved in the violation, and, pursuant to 49 U.S.C. § 80303 and 28 U.S.C. § 2461(c), any aircraft, vehicle, or vessel used to facilitate the transportation,

concealment, receipt, possession, purchase, sale, exchange, or giving away such firearm.

    4.    The property to be forfeited includes, but is not limited to, the following: four auto sears.

    5.    If any of the property described above, as a result of any acts or omissions of the defendant:

        a.    cannot be located upon the exercise of due diligence;

        b.    has been transferred or sold to, or deposited with, a third party;

        c.    has been placed beyond the jurisdiction of the Court;

        d.    has been substantially diminished in value; or

        e.    has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

KARIN HOPPMANN
Acting United States Attorney

By: _____
Ilianys Rivera Miranda
Assistant United States Attorney

By: _____
Roger B. Handberg
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Orlando Division

THE UNITED STATES OF AMERICA

vs.

MARC A. HAYES
a/k/a "Mecca"

## INDICTMENT

Violations:

18 U.S.C. § 922(o)
26 U.S.C. § 5861(d)

A true bill,

_____
Foreperson

Filed in open court this 21st day of July, 2021.

_____
Clerk

Bail  $ _____

GPO 863 525